FILED
UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

2009 JUN 15 P 2: 31

SUGAR RAY LEWIS (#110697)

CIVIL ACTION

VERSUS    BY DEPUTY CLERK

NO. 09-126-JJB-SCR

BURL CAIN, ET AL.

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 26, 2009 (doc. no. 12). The plaintiff filed an objection which has been duly considered by the court.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's motion to dismiss is GRANTED and the claims against him are DISMISSED.

Baton Rouge, Louisiana, this 11th day of June, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA