UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUGAR RAY LEWIS (#110697)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-126-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 20, 2009 (doc. no. 18). The plaintiff has filed an objection which the court has duly considered. The court finds that plaintiff's motion for summary judgment is nevertheless premature.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's cross motion for summary judgment is DENIED, without prejudice.

Baton Rouge, Louisiana, this 8th day of October, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA